UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

-vs-   Case No.   3:21-mj-1014-JRK

DOUGLAS ALLEN TERRELL   Defense Atty: Waffa Hanania, Esquire
AUSA: Michael Coolican, Esquire

| JUDGE | James R. Klindt U. S. Magistrate Judge | DATE AND TIME | 1/12/2021 11:34 a.m. – 11:47 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/ REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/ PROBATION | Anthony Forde |

CLERK'S MINUTES

**PROCEEDINGS: INITIAL APPEARANCE VOSR – (EASTERN DISTRICT OF TENNESSEE)**

Court requested presence of counsel for possible appointment. Waffa Hanania is present.

Defendant arrested today on a Petition for Warrant or Summons for Offender Under Supervision out of the Eastern District of Tennessee.

Defendant advised of rights, alleged violations and penalties.

Defendant requested court appointed counsel. Deft. Placed under oath and questioned regarding financial condition. Court appoints the Federal Public Defender.

**Order to enter.**

Defendant advised of his right to an identity hearing.

Defense counsel advised the Court that Defendant desires to waive his identity and detention hearings, reserving his right to a detention and preliminary hearing in the Southern District of Florida.

Defendant placed under oath and questioned regarding waiving such rights.

[Continued to Page Two]

United States v. Douglas Allen Terrell
Case No.: 3:21-mj-1014-JRK
Page Two

---

The Court finds that Defendant knowingly, intelligently, voluntarily, and freely waived his right to an identity hearing and a detention hearing, reserving his right to a detention and preliminary hearing in the Eastern District of Tennessee.

**Order to enter.**

Defendant is detained and shall be transported to the Eastern District of Tennessee.

**Order of Commitment to enter.**

Future hearings to be set by Magistrate Judge and/or District Judge in the charging district.

**FILED IN OPEN COURT:**
      **WAIVER OF RULE 32.1 HEARING**